**N Y L P I**

**New York Lawyers
For The Public Interest, Inc.**
151 West 30th Street, 11th Floor
New York, NY 10001-4017
Tel 212-244-4664  Fax 212-244-4570
TTY 212-244-3692  www.nylpi.org

July 10, 2017

<u>VIA ECF</u>
Honorable Lois Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   <u>Robert Filer v. City of New York, et al.</u>
              **14-CV-5672 (PKC)(LB)**

Dear Judge Bloom:

Along with co-counsel, Mayer Brown LLP, New York Lawyers for the Public Interest represents Plaintiff Robert Filer in the above-captioned matter. On behalf of all Parties, we write jointly to request a 30-day adjournment of the Parties' upcoming July 14, 2017 Conference, and an adjournment of the corresponding deadline to submit letters to the Court by July 11, 2017. *See* Docket Entry dated June 27, 2017.

The Parties have made great progress in their efforts to settle this matter, and will require a 30-day adjournment in order to complete settlement documents and submit same to the Court.

Specifically, since the last telephonic conference with the Court on June 27, 2017, the Parties have exchanged draft settlement documents and edits, and are obtaining the information required by the City for Plaintiff to complete the required documents.

We appreciate the Court's attention to this request.

                                     Respectfully Submitted,

                                       NEW YORK LAWYERS FOR THE
                                       PUBLIC INTEREST
                                          /s
                                       Maureen Belluscio
                                       Katherine Rosenfeld
                                       Ruth Lowenkron


                                       MAYER BROWN LLP
                                          /s
                                       Henninger S. Bullock
                                       James C. DuPont